**DISMISS and Opinion Filed August 16, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00900-CV

## DOMANCIO CASTILLO, Appellant
## V.
## SAVING GRACE #22 LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02837-A**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Smith

Appellant's brief in this case is overdue. By postcard dated June 2, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

We dismiss this appeal.  *See* Tex. R. App. P. 38.8(a)(1); 42.3(b), (c).


/Craig Smith/

CRAIG SMITH
JUSTICE

220900F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

DOMANCIO CASTILLO, Appellant

No. 05-22-00900-CV     V.

SAVING GRACE #22 LLC,
Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-02837-A.
Opinion delivered by Justice Smith. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 16, 2023